# NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED

TO: CONNIE YING ZHANG, LIANG GAO, JI TI YANG, GUO YANG, ANDY "DOE" and "JOHN" ZHENG

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Section 630 of the Business Corporation Law of New York and Section 609 of the Limited Liability Company Law of New York, you are hereby notified that Plaintiff ZHANG XING DI and others similarly situated intend to charge you and hold you personally liable, jointly and severally, as one of the ten largest shareholders and/or members of:

WAN HAO RESTAURANT INC d/b/a Royal Queen and d/b/a The Real KTV

for all debts, wages, and/or salaries due and owing to them as laborers, servants and/or employees of the said corporations for services performed by them for the said corporations within the six (6) years preceding the date of this notice and have expressly authorized the undersigned, as their attorney, to make this demand on his behalf.

Dated: December 29, 2019
       Flushing, NY

TROY LAW, PLLC
*Attorneys for Plaintiff, the proposed FLSA Collective, and Potential Rule 23 Class*

/s/ John Troy
John Troy (JT0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
Email: johntroy@troypllc.com