# Settlement under the table is <u>prohibited</u> by the law.



**Once a wage-and-hour case is filed in the federal district court, any settlement must be reviewed by the Court and approved as fair and reasonable by the Judge under *Cheeks v. Pancake House, Inc.***

# <u>Consult your attorney.</u>