

POS Service Photo to ANDY at **136-20 Roosevelt Ave, 3rd Floor, Flushing NY 11354** on 01/18/2020 at 14:50

19-cv-07266 ZHANG v. WAN HAO RESTAURANT INC et al.