

POS Service Photo to ANDY at
**136-20 Roosevelt Ave, 3rd Floor,
Flushing NY 11354** on 01/18/2020
at 14:50