UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

XING DI ZHANG
on his own behalf and on behalf of others similarly situated

                Plaintiff,

- against -

WAN HAO RESTAURANT INC
    d/b/a Royal Queen and d/b/a The Real KTV;
CONNIE YING ZHANG
LIANG GAO,
JI TI YANG,
GUI YANG,
SHI J. ZHANG
    a/k/a Andy "Doe" and;
KE SHEN
    a/k/a "JOHN" ZHENG

                Defendants.

Index No.:

1:19-cv-07266(AMD)(SJB)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Xing Di Zhang on his own behalf and on behalf of others similarly situated, and Defendants Wan Hao Restaurant Inc. d/b/a Royal Queen and d/b/a The Real KTV, Connie Ying Zhang, Shi J. Zhang a/k/a Andy "Doe", and Ke Shen a/k/a "John" Zheng, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice. The Parties have not entered into any form of settlement agreement and Plaintiff has voluntarily chosen to abandon all of his claims, including those arising under the Fair Labor Standards Act.

*[Signature Page Follows]*

*[Remainder of Page Intentionally Left Blank]*

Dated: Flushing, New York
      October 19, 2020

                                   **LAW OFFICES OF BRIAN YANG**
                                   *Attorneys for Plaintiff Xing Di Zhang on his own behalf and on behalf of others similarly situated*

                                   By: _____/s_____
                                       Brian S. Yang, Esq.
                                       38-08 Union Street, Unit 6E
                                       Flushing, New York 11354
                                       Brianyanglawoffice@gmail.com
                                       (718) 939-6066

Dated: Uniondale, New York
      October 19, 2020

                                   **SAHN WARD COSCHIGNANO, PLLC**
                                   *Attorneys for Defendants Wan Hao Restaurant Inc. d/b/a Royal Queen and d/b/a The Real KTV, Connie Ying Zhang, Shi J. Zhang a/k/a Andy "Doe", and Ke Shen a/k/a "John" Zheng*

                                   By: _____/s_____
                                     Adam H. Koblenz, Esq.
                                     333 Earle Ovington Boulevard, Suite 601
                                     Uniondale, New York 11553
                                     akoblenz@swc-law.com
                                   (516) 228-1300

SO ORDERED THIS ____ DAY OF _____, 2020

_____
        U.S.D.J.